# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JEFFREY BONNETTE

VERSUS

VESTER PERKINS, CORE MARK
MIDCONTINENT, INC. AND/OR
CORE MARK INTERNATIONAL
AND/OR CORE MARK
DISTRIBUTORS, INC., AND
LIBERTY MUTUAL FIRE
INSURANCE COMPANY

NO.  2020 CW 0605

**AUGUST 17, 2020**

---

In Re:  Jeffrey Bonnette, applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge,
No. 665744.

---

**BEFORE:  WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DISMISSED.**  This writ application is dismissed
pursuant to relator's motion advising this matter has been
resolved and requesting that this writ application be dismissed.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT